2010-33528
FILED
May 21, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002651880

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

IN RE: )
LOVE, CHARLES R. )
)
)
) Bankruptcy Case No.
)
)
)
Debtors. )

## VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the Master Address List submitted for filing in this case (please check and complete one):

☐ on computer diskette as "pure text" (not delimited) in a file named CREDITOR.SCN, listing a total of _____ creditors, **[required with conventionally filed petitions prepared by an attorney or bankruptcy petition preparer]**

*OR*

☑ typed in scannable format on paper, consisting of __1__ pages and listing a total of __8__ ✗creditors [C.R.L.r], **[only acceptable with conventionally filed petitions not prepared by an attorney or bankruptcy petition preparer]**

*OR*

☐ electronically as "pure text" (not delimited) in a file with a .txt extension, listing a total of _____ creditors, **[required with electronically filed petitions]**

is a true, correct, and complete listing to the best of my (our) knowledge and belief.

I (we) acknowledge that the accuracy and completeness of the Master Address List is the shared responsibility of the debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any.

I (we) further acknowledge that the Court will rely on the Master Address List for all mailings, and that the various schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure will not be used for mailing purposes.

DATED: **May 13, 2010**

_____    _____
Debtor's Signature                         Joint Debtor's (if any) Signature

EDC 2-100 (Rev. 9/2004)

38

CITI MORTGAGE INC
PO BOX 790001, M.S. 301
ST LOUIS, MO  63179-0001

AT & T CBCS
PO BOX 163250
COLUMBUS, OH  43216-3250

BANCO POPULAR NORTH AMERICA
PO BOX 4503
OAK PARK, IL  60303-4503

CAPITAL ONE
PO BOX 60000
SEATTLE, WA  98190-6000

CHASE
P.O. BOX 94014
PALATINE, IL  60094

LEGAL RECOVERY LAW OFFICE, INC.
5030 CAMINO DE LA SIESTA, STE. 340
SAN DIEGO, CA  92108

SOLANO COUNTY COURT-VALLEJO
VCM109039
321 TUOLUMNE STREET
VALLEJO, CA  94590

WACHOVIA
PO BOX 60505
CITY OF INDUSTRY, CA  91716